**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIX UNKNOWN AGENTS OR MR. PRESIDENT OF THE UNITED STATES BARACK OBAMA,<br><br>　　　　Defendants. | Case No.  1:14-cv-00320-AWI-MJS (PC)<br><br>**ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT AND EITHER FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS**<br><br>(ECF No. 1) |

Young Yil Jo, is a federal detainee currently incarcerated in the Etowah County Detention Center in Gadsden, Alabama. On March 6, 2014, Mr. Jo filed what purports to be a civil rights action pursuant to 42 U.S.C. § 1983.

**I.     BACKGROUND**

Mr. Jo is well known to this Court. He has been filing lawsuits here since at least 1997.[1] He began filings the cases shortly after this Court sentenced him in a criminal proceeding, and he has persisted with them over the years even while incarcerated outside of this District. As of December 16, 2013, Mr. Jo has filed 290 lawsuits in this Court. He filed 90 in 2013 alone.

---

[1] See 1:97-cv-05879; 1:97-cv-05912. The Court takes judicial notice of its docket reflecting all actions filed by Young Yil Jo.

Each of the 90 cases filed in 2013 uses one of four boiler-plate pleading formats each a single-page in length. One format, used in 50 actions,[2] is a typewritten form in which only the plaintiff's[3] name and identification number varies. Another format, used in 16 actions,[4] is also a typewritten form on which Mr. Jo hand-writes the plaintiff's name and identification number and adds a few lines of handwriting. The third format, used in 13 actions,[5] is typewritten in all capitals and in a different font than the first two and adds varying amounts of handwriting along with the typewritten lines. The final format, used in 11 actions,[6] is an entirely handwritten form essentially duplicated each time.

The content of each of these 290 complaints is rambling and incoherent. None has set forth a cognizable claim under federal law. Ashcroft v. Iqbal, 556 U.S. 662, 677-78, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007). Sample language includes: "An adopted in full a proper a writ of execution a contract a consider a petition for reconsider a foreign State . . ." (1:13-cv-01730-LJO-MJS, ECF No. 1); "Deposit in the bank a tax payer in equity pay in full within ten days for a determination a motion to set aside a judgment of his conviction and a remand one to five years treasury notes for a determination a selected. . . " (1:13-cv-01917-AWI-SAB, ECF No. 1); and "A writ of certiorari and now reversed required constant attain a petition for review on a writ of certiorari to a decision a recover on a theory persistent insist firmly for . . ." (1:13-cv-0154-AWI-GSA, ECF No. 1). Such phrases, repeated verbatim throughout the actions, are gibberish.

---

[2] See 1:13-cv-1729; 1:13-cv-1730; 1:13-cv-1763 through 1:13-cv-1768; 1:13-cv-1830 through 1:13-cv-1846; 1:13-cv-1908 through 1:13-cv-1910; 1:13-cv-1927; 1:13-cv-1928; 1:13-cv-1946 through 1:13-cv-1950; 1:13-cv-1952 through 1:13-cv-1959; 1:13-cv-1961; 1:13-cv-1962; 1:13-cv-1964; 1:13-cv-1965; and 1:13-cv-1967 through 1:13-cv-1969.

[3] As noted below, Mr. Jo has filed a number of these actions using names and identification numbers not his own.

[4] See 1:13-cv-1731; 1:13-cv-1911 through 1:13-cv-1920; and 1:13-cv-1922 through 1:13-cv-1926.

[5] See 1:13-cv-1107; 1:13-cv-1288; 1:13-cv-1311; 1:13-cv-1358; 1:13-cv-1479; 1:13-cv-1480; 1:13-cv-1653; 1:13-cv-1559; 1:13-cv-1605 through 1:13-cv-1607; 1:13-cv-1732; and 1:13-cv-1733.

[6] See 1:13-cv-0048; 1:13-cv-0098; 1:13-cv-0114; 1:13-cv-0154; 1:13-cv-0173; 1:13-cv-0192; 1:13-cv-0751; 1:13-cv-0837; 1:13-cv-0933; 1:13-cv-1034; and 1:13-cv-1383.

That Mr. Jo. has more recently submitted numerous complaints in a single envelope for filing on the same day is further indication of something other than a rational productive motive. (On September 13, 2013, he filed two actions;[7] on October 7, 2013, three;[8] on October 28, 2013, five;[9] on November 2, 2013, six;[10] on November 13, 2013, seventeen;[11] on November 25, 2013, twenty-one;[12] and on December 2, 2013, he filed twenty actions).[13]

He has also taken to filing actions in the names of other persons. There is no indication that any of these others are aware that cases are being filed in their names. None are signed by them. The only address available for these purported plaintiffs (either written on the complaint or as the return address on the envelope) is the Etowah County Jail -- where Plaintiff is currently housed. Court service of responsive papers on the purported Plaintiffs, are returned with the notation "Undeliverable, No Name or A# Ever Here."[14]

## II.  DISCUSSION

### A.  Pleading Unsigned

The Complaint is unsigned. The Court cannot consider unsigned filings and

---

[7] See 1:13-cv-01479 and 1:13-cv-01480.

[8] See 1:13-cv-01605; 1:13-cv-01606; and 1:13-cv-01607.

[9] See 1:13-cv-01729; 1:13-cv-01730; 1:13-cv-01731; 1:13-cv-01732; and 1:13-cv-01733.

[10] See 1:13-cv-01764; 1:13-cv-01763; 1:13-cv-01765; 1:13-cv-01766; 1:13-cv-01767; and 1:13-cv-01768.

[11] See 1:13-cv-01833; 1:13-cv-01834;  1:13-cv-01844; 1:13-cv-01846; 1:13-cv-01830; 1:13-cv-01831; 1:13-cv-01832; 1:13-cv-01835; 1:13-cv-01836; 1:13-cv-01837; 1:13-cv-01838; 1:13-cv-01839; 1:13-cv-01840; 1:13-cv-01841; 1:13-cv-01842; 1:13-cv-01843; and 1:13-cv-01845.

[12] See 1:13-cv-01908; 1:13-cv-01909; 1:13-cv-01910; 1:13-cv-01911; 1:13-cv-01912; 1:13-cv-01913; 1:13-cv-01914; 1:13-cv-01915; 1:13-cv-01916; 1:13-cv-01917; 1:13-cv-01918; 1:13-cv-01919; 1:13-cv-01920; 1:13-cv-01921; 1:13-cv-01922; 1:13-cv-01923; 1:13-cv-01924; 1:13-cv-01925; 1:13-cv-01926; 1:13-cv-01927; and 1:13-cv-01928.

[13] See 1:13-cv-01969; 1:13-cv-01946; 1:13-cv-01947; 1:13-cv-01948; 1:13-cv-01949; 1:13-cv-01950; 1:13-cv- 01952; 1:13-cv-01953; 1:13-cv-01954; 1:13-cv-01955; 1:13-cv-01956; 1:13-cv-01957; 1:13-cv-01958; 1:13-cv-01959; 1:13-cv-01961; 1:13-cv-01962; 1:13-cv-01964; 1:13-cv-01965; 1:13-cv-01967; and 1:13-cv-01968.

[14] See e.g., 1:13-cv-01832; 1:13-cv-01957.

1 therefore, the Complaint shall be stricken from the record. Plaintiff has thirty days to file a
2 signed complaint that complies with Federal Rule of Civil Procedure 8(a).[15]

3 Plaintiff must also either file a motion seeking leave to proceed in forma pauperis
4 or pay the $400.00 filing fee in full.

### B. No Cognizable Claim

Even if the current Complaint were signed, it sets forth no intelligible claim for relief. It consists of nonsensical typed boilerplate as above. These boilerplate allegations set forth no cognizable cause of action and suggest maliciousness and the absence of good faith. See Kinney v. Plymouth Rock Squab Co., 236 U.S. 43, 46 (1915) (the test for maliciousness is a subjective one which requires the Court to "determine the . . . good faith of the applicant"); see also Wright v. Newsome, 795 F.2d 964, 968 n.1 (11th Cir. 1986) (in determining a litigant's good faith, a court may consider not only the printed words of the complaint, but also the circumstances and history of the filing, the tone of the allegations, and the presence or absence of probative facts).

Below the typed boilerplate is handwritten "a ICE officer name Mr. Purdy called to my daughter in Los Angeles, CA He said to my daughter your father Jo must stop class action lawsuits imminent danger to him He said this is a threatened in violation law 'good conscience' conclusion of suit or action in other proceedings amend under 28 U.S.C. 1915(d)(f)."

This handwritten allegation is not sufficient to state a federal claim. Plaintiff shows no adverse action by a named Defendant in retaliation for any specified activity protected by the First Amendment. See Rhodes v. Robinson, 408 F.3d 559, 567–68 (9th Cir. 2005). He shows no need for and entitlement to injunctive relief based upon a "case or

---

[15] A complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief. . . ." Fed. R. Civ. P. 8(a)(2). Detailed factual allegations are not required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." Iqbal, 556 U.S. at 678, citing Bell Atlantic Corp., 550 U.S. at 555. While a plaintiff's allegations are taken as true, courts "are not required to indulge unwarranted inferences." Doe I v.Wal-Mart Stores, Inc., 572 F.3d 677, 681 (9th Cir. 2009). To state a viable claim for relief, Plaintiff must set forth factual allegations sufficient to state a plausible claim for relief. Iqbal, 556 U.S. at 678; Moss v. U.S. Secret Service, 572 F.3d 962, 969 (9th Cir. 2009). The mere possibility of misconduct falls short of meeting this plausibility standard. Iqbal, 556 U.S. at 678-79; Moss, 572 F.3d at 969.

4

controversy" and "real and immediate" threat of injury. See <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 101-102 (1983); <u>Oakland Tribune, Inc. v. Chronicle Publishing Company, Inc.</u>, 762 F.2d 1374, 1376 (9th Cir. 1985), quoting <u>Apple Computer, Inc. v. Formula International, Inc.</u>, 725 F.2d 521, 523 (9th Cir. 1984).

### III.  ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The Complaint is stricken from the record for lack of signature,
2. The Clerk's Office shall send Plaintiff a <u>Bivens</u> complaint form and an application to proceed in forma pauperis,
3. Within **thirty (30) days** from the date of service of this Order, Plaintiff must file a signed complaint and either file a motion seeking leave to proceed in forma pauperis or pay the $400.00 filing fee for this action, and
4. **The failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   March 12, 2014           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE